UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

**Eileen Richter,**  
**Margaret Bledsoe,**  
**Patricia Oetter, and**  
**Sensory Integration International,**

    Plaintiffs,

v.

**Brian Erwin,**  
**individually and as trustee of the**  
**Franklin Baker/A. Jean Ayres Baker Trust,**

    Defendant.

Civil No. 05-2426 (DSD-JJG)

**ORDER**

---

This matter is before the undersigned upon the Report and Recommendation of the United States Magistrate Judge. No objections have been filed to that Report and Recommendation in the time period permitted. Based on the Report and Recommendation of the Magistrate Judge, and being duly advised of all the files, records, and proceedings herein, **IT IS HEREBY ORDERED THAT:**

1. Erwin's motion to dismiss for lack of personal jurisdiction, or in the alternative, to transfer venue (Doc. No. 6) is **GRANTED.**

2. This matter is **DISMISSED WITHOUT PREJUDICE.**

Dated: March 7, 2006

                                                         s/David S. Doty  
                                                         David S. Doty, Judge  
                                                         United States District Court